FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 17 2010

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10CR 330F |
| | ) | |
| | ) | Ct. 1: 21 U.S.C. §§ 846 and 841(a)(1) and |
| Plaintiff, | ) | (b)(1)(B) |
| | ) | (Conspiracy to Possess with Intent to |
| | ) | Distribute, and to Distribute, |
| v. | ) | Methamphetamine) |
| | ) | |
| | ) | Ct. 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| SHANNON LEIGH WINKLER, | ) | (Possession with Intent to Distribute |
| | ) | Methamphetamine) |
| | ) | |
| Defendant. | ) | Ct. 3: 21 U.S.C. § 843(b) |
| | ) | (Use of a Telephone Facility to |
| | ) | Facilitate Felony Drug Offense) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

From on or about July of 2010, through and including the return of this indictment, in the District of Wyoming and elsewhere, the Defendant, **SHANNON LEIGH WINKLER,** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with John Morgan and with other persons known and unknown to the grand jury to possess with intent to distribute, and to distribute, more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B).

## COUNT TWO

From on or about August 12, 2010, through and including August 16, 2010, in the District of Wyoming, the Defendant, **SHANNON LEIGH WINKLER,** did knowingly, intentionally, and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about August 16, 2010, in the District of Wyoming, the Defendant, **SHANNON LEIGH WINKLER,** did knowingly, intentionally and unlawfully use a communication facility, to wit, a telephone, in causing and facilitating the commission of acts constituting a felony under the federal Controlled Substances Act, to wit, conspiracy to possess with intent to distribute, and to distribute, methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B), as more fully alleged in Count One of this indictment.

In violation of 21 U.S.C. § 843(b).

A TRUE BILL:

_____
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DATE:** November 16, 2010

**DEFENDANT NAME:** SHANNON LEIGH WINKLER

**VICTIM:** No

**OFFENSES AND PENALTIES:**

**OFFENSE: Ct. 1:** 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)
(Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine)

PENALTIES:
5-40 YEARS IMPRISONMENT
NMT $2,000,000 FINE
NLT 4 YEARS TO LIFE SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE: Ct. 2:** 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
(Possession with Intent to Distribute Methamphetamine)

PENALTIES:
0-20 YEARS IMPRISONMENT
NMT $1,000,000 FINE
NLT 3 YEARS TO LIFE SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE: Ct. 3:** 21 U.S.C. § 843(b)
(Use of a Telephone Facility to Facilitate Felony Drug Offense)

PENALTIES:
0-4 YEARS IMPRISONMENT
NMT $250,000 FINE
NLT 1 YEAR SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTALS:**
5-40 YEARS IMPRISONMENT
NMT $3,250,000 FINE
NLT 4 YEARS SUPERVISED RELEASE
$300 SPECIAL ASSESSMENT

**AGENT:** Mike Hall, DCI
**AUSA:** Stuart S. Healy, III

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

_✓_ five days or less                  ___ Yes
___ over five days                     _✓_ No
___ other